## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: REYES, JOSE D                                   §   Case No. 09-23020
                                                       §
                                                       §
                                                       §
Debtor(s)                                              §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER                , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 11/04/2011 in Courtroom 644, United States Courthouse, 219 S. Dearborn
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   10/12/2011            By:  /s/BRADLEY J. WALLER
                                                     Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380
bwaller@ksbwl.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: REYES, JOSE D § Case No. 09-23020
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |  |
|---|---|---|
| *The Final Report shows receipts of* | $ | 6,053.05 |
| *and approved disbursements of* | $ | 41.40 |
| *leaving a balance on hand of* [1] | $ | 6,011.65 |

**Balance on hand:** $ 6,011.65

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None |  |  |  |  |  |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 6,011.65

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 1,355.31 | 0.00 | 1,355.31 |
| Trustee, Expenses - BRADLEY J. WALLER | 108.50 | 0.00 | 108.50 |

Total to be paid for chapter 7 administration expenses: $ 1,463.81
Remaining balance: $ 4,547.84

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 4,547.84

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 4,547.84

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 485,449.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | TARGET NATIONAL BANK | 2,807.33 | 0.00 | 26.31 |
| 2 | Maywood Proviso trust no 4486 | 248,654.13 | 0.00 | 2,329.47 |
| 3 | HSW Financial Recovery LLC | 20,669.02 | 0.00 | 193.63 |
| 4 | PYOD LLC its successors and assigns - Citibank | 2,318.98 | 0.00 | 21.72 |
| 5 | JP Morgan Chase Bank, NA | 211,000.31 | 0.00 | 1,976.71 |

Total to be paid for timely general unsecured claims: $ 4,547.84

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:   /s/BRADLEY J. WALLER

Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380
bwaller@ksbwl.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: sdaniel          Page 1 of 1          Date Rcvd: Jun 25, 2009
Case: 09-23020               Form ID: b9a            Total Noticed: 23

The following entities were noticed by first class mail on Jun 27, 2009.
```
db              Jose D Reyes,   105 Country Court,   Bolingbrook, IL  60440-1570
aty            +Michael C Whelan,   2860 River Road,   Suite 240,   Des Plaines, IL 60018-6002
tr             +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
                Sycamore, IL 60178-3140
14086839        Bank of America Home Loan Servicing,   PO Box 650070,   Dallas, TX 75265-0070
14086840       +Chase Equipment Finance,   1111 Polaris Parkway Suite K3,   Columbus, OH 43240-2031
14086841        ChaseHealthAdvantage,   PO Box 4758,   Carol Stream, IL 60197-4758
14086842       +Cornell Place LLC,   c/o Garfield & Merel, Ltd.,   223 W. Jackson Blvd., # 1010,
                Chicago, IL 60606-6916
14086844       +HSW Financial Recovery LLC,   811 Dallas Suite 800,   Houston, TX 77002-5901
14086845       +HSW Financial Recovery, LLC,   c/o Teller, Levit & Silvertrust,   11 East Adams St., 8th floor,
                Chicago, IL 60603-6301
14086846      ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
                (address filed with court:  Illinois Department of Revenue,   Bankruptcy Section, Level 7-425,
                100 W. Randolph Street,   Chicago, IL 60601)
14086848       +JP Morgan Chase Bank,   50 S. Main St., 9th floor,   Akron, OH 44308-1849
14086849       +JP Morgan Chase Bank NA,   c/o Randall Pace,   77 W. Wacker Dr.,   Suite 4800,
                Chicago, IL 60601-1664
14086850       +Kane Family Limited Partnership,   9604 Reding,   Des Plaines, IL 60016-1551
14086851        Maricela Reyes,   105 Country Court,   Bolingbrook, IL 60440-1570
14086852       +Maywood Proviso trust no 4486,   c/o Dahl & Bonadies,   225 W. Washington St.,   Suite 1640,
                Chicago, IL 60606-3100
14086853       +Owners of 1951 Cornell,   c/o Andrew M. DeLuca,   1820 Ridge Road, Suite 208,
                Homewood, IL 60430-1758
14086854        Sam Realty,   1820 Ridge Rd.,   Homewood, IL 60430-1760
14086855       +Sears Credit Cards,   PO Box 6282,   Sioux Falls, SD 57117-6282
14086856       +Solar Deburring Inc,   1949 Cornell Ave.,   Melrose Park, IL 60160-1044
```

The following entities were noticed by electronic transmission on Jun 25, 2009.
```
14086838        Fax: 773-585-5140 Jun 25 2009 23:03:00     American General Finance,   5901 S. Archer,
                Chicago, IL 60638-2802
14086843        EDI: HFC.COM Jun 25 2009 19:38:00     HSBC Business Solutions,   PO Box 5219,
                Carol Stream, IL 60197-5219
14086847        EDI: IRS.COM Jun 25 2009 19:38:00     Internal Revenue Service,
                Centralized Insolvency Operations,   PO Box 21126,   Philadelphia, PA 19114
14086857        EDI: WTRRNBANK.COM Jun 25 2009 19:33:00     Target National Bank,   PO Box 59317,
                Minneapolis, MN 55459-0317
```
                                                                                        TOTAL: 4

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 27, 2009          Signature:   *Joseph Speetjens*