# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: REYES, JOSE D                               Case No. 09-23020
                                                   Chapter  7
_____,
                    Debtor

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $215,400.00                 Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,547.84    Claims Discharged
                                              Without Payment: $480,901.93

Total Expenses of Administration: $1,505.21

3) Total gross receipts of $ 6,053.05 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,053.05 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,505.21 | 1,505.21 | 1,505.21 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 485,449.77 | 485,449.77 | 4,547.84 |
| **TOTAL DISBURSEMENTS** | $0.00 | $486,954.98 | $486,954.98 | $6,053.05 |

4) This case was originally filed under Chapter 7 on June 24, 2009. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/12/2011          By: /s/BRADLEY J. WALLER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| estimated, anticipated commission from Chicago B | 1129-000 | 1,639.32 |
| Debtor's joint 2008 federal tax return | 1124-000 | 4,409.00 |
| Interest Income | 1270-000 | 4.73 |
| **TOTAL GROSS RECEIPTS** | | **$6,053.05** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 1,355.31 | 1,355.31 | 1,355.31 |
| BRADLEY J. WALLER | 2200-000 | N/A | 108.50 | 108.50 | 108.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 16.40 | 16.40 | 16.40 |

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,505.21 | 1,505.21 | 1,505.21 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | TARGET NATIONAL BANK | 7100-000 | N/A | 2,807.33 | 2,807.33 | 26.31 |
| 2 | Maywood Proviso trust no 4486 | 7100-000 | N/A | 248,654.13 | 248,654.13 | 2,329.47 |
| 3 | HSW Financial Recovery LLC | 7100-000 | N/A | 20,669.02 | 20,669.02 | 193.63 |
| 4 | PYOD LLC its successors and assigns - Citibank | 7100-000 | N/A | 2,318.98 | 2,318.98 | 21.72 |
| 5 | JP Morgan Chase Bank, NA | 7100-000 | N/A | 211,000.31 | 211,000.31 | 1,976.71 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 485,449.77 | 485,449.77 | 4,547.84 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-23020  
**Case Name:** REYES, JOSE D  

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 06/24/09 (f)  
**§341(a) Meeting Date:** 08/24/09  

**Period Ending:** 12/12/11  
**Claims Bar Date:** 01/27/09  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Residence, 105 Country Court, Bolingbrook | 205,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | wristwatch, wedding ring | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | handgun | 400.00 | 0.00 | DA | 0.00 | FA |
| 6 | Debtor and his wife received and are in possessi | Unknown | 0.00 | DA | 0.00 | FA |
| 7 | estimated, anticipated commission from Chicago B | 4,000.00 | 1,639.32 | DA | 1,639.32 | FA |
| 8 | Debtor's joint 2008 federal tax return | Unknown | 6,000.00 | | 4,409.00 | FA |
| 9 | 2002 Chevrolet Tahoe, co-owned with Solar Deburr | 3,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 4.73 | FA |
| 10 | Assets Totals (Excluding unknown values) | **$215,400.00** | **$7,639.32** | | **$6,053.05** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2010  
**Current Projected Date Of Final Report (TFR):** October 12, 2011 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-23020 | | Trustee: | BRADLEY J. WALLER (330500) |
| **Case Name:** | REYES, JOSE D | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****47-65 - Money Market Account |
| **Taxpayer ID #:** | **-***8442 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 12/12/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/11/09 | {8} | United States Treasury | 2008 Tax Refnd | 1124-000 | 6,909.00 | | 6,909.00 |
| 09/30/09 | {7} | Azteca - 26th Street Currency Exchange, Inc. | Commisons | 1129-000 | 1,639.32 | | 8,548.32 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 8,548.47 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 8,548.81 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 8,549.17 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 8,549.53 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.33 | | 8,549.86 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 8,550.18 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 8,550.56 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.05 | | 8,550.61 |
| 04/06/10 | | Wire out to BNYM account 9200******4765 | Wire out to BNYM account 9200******4765 | 9999-000 | -8,550.61 | | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -8,550.61 | 0.00 | |
| | | | **Subtotal** | | 8,550.61 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,550.61** | **$0.00** | |

{} Asset reference(s)   Printed: 12/12/2011 04:07 PM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-23020  
**Case Name:** REYES, JOSE D  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******47-65 - Money Market Account  

**Taxpayer ID #:** **-***8442  
**Period Ending:** 12/12/11  

**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4765 | Wire in from JPMorgan Chase Bank, N.A. account ********4765 | 9999-000 | 8,550.61 | | 8,550.61 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.40 | | 8,551.01 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.51 | | 8,551.52 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.50 | | 8,552.02 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.50 | | 8,552.52 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.51 | | 8,553.03 |
| 09/13/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 8,553.05 |
| 09/13/10 | | To Account #9200******4766 | | 9999-000 | | 8,553.05 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 8,553.05 | 8,553.05 | $0.00 |
| Less: Bank Transfers | | 8,550.61 | 8,553.05 | |
| **Subtotal** | | **2.44** | **0.00** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$2.44** | **$0.00** | |

{} Asset reference(s)

Printed: 12/12/2011 04:07 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-23020 | | Trustee: | BRADLEY J. WALLER (330500) |
| Case Name: | REYES, JOSE D | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******47-66 - Checking Account |
| Taxpayer ID #: | **-***8442 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/12/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/13/10 | | From Account #9200******4765 | | 9999-000 | 8,553.05 | | 8,553.05 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 16.40 | 8,536.65 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,511.65 |
| 09/21/11 | 101 {8} | Marciela Reyes | per court order of 08/12/2011 | 1124-000 | -2,500.00 | | 6,011.65 |
| 11/04/11 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $108.50, Trustee Expenses; Reference: | 2200-000 | | 108.50 | 5,903.15 |
| 11/04/11 | 103 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,355.31, Trustee Compensation; Reference: | 2100-000 | | 1,355.31 | 4,547.84 |
| 11/04/11 | 104 | TARGET NATIONAL BANK | Dividend paid 0.93% on $2,807.33; Claim# 1; Filed: $2,807.33; Reference: | 7100-000 | | 26.31 | 4,521.53 |
| 11/04/11 | 105 | Maywood Proviso trust no 4486 | Dividend paid 0.93% on $248,654.13; Claim# 2; Filed: $248,654.13; Reference: | 7100-000 | | 2,329.47 | 2,192.06 |
| 11/04/11 | 106 | HSW Financial Recovery LLC | Dividend paid 0.93% on $20,669.02; Claim# 3; Filed: $20,669.02; Reference: | 7100-000 | | 193.63 | 1,998.43 |
| 11/04/11 | 107 | PYOD LLC its successors and assigns - Citibank | Dividend paid 0.93% on $2,318.98; Claim# 4; Filed: $2,318.98; Reference: | 7100-000 | | 21.72 | 1,976.71 |
| 11/04/11 | 108 | JP Morgan Chase Bank, NA | Dividend paid 0.93% on $211,000.31; Claim# 5; Filed: $211,000.31; Reference: | 7100-000 | | 1,976.71 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 6,053.05 | 6,053.05 | $0.00 |
| Less: Bank Transfers | 8,553.05 | 0.00 | |
| Subtotal | -2,500.00 | 6,053.05 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $-2,500.00 | $6,053.05 | |

| | Net Receipts : | 6,053.05 |
|---|---|---|
| | Net Estate : | $6,053.05 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****47-65 | 8,550.61 | 0.00 | 0.00 |
| MMA # 9200-******47-65 | 2.44 | 0.00 | 0.00 |
| Checking # 9200-******47-66 | -2,500.00 | 6,053.05 | 0.00 |
| | $6,053.05 | $6,053.05 | $0.00 |

{} Asset reference(s)                                                                                   Printed: 12/12/2011 04:07 PM    V.12.57